**OPTI INC., Plaintiff–Cross–Appellant,**

v.

**VIA TECHNOLOGIES, INC., Via Technologies, Inc. (Taiwan), Defendants–Appellants.**

Nos. 2013–1670, 2014–1839.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Michael Louis Brody, Winston & Strawn LLP, Chicago, IL, argued for plaintiff-cross-appellant. Also represented by James Ethan McComb; Geoffrey P. Eaton, Washington, DC.

Brian Andrew Carpenter, Beuther Joe & Carpenter LLC, Dallas, TX, argued for defendants-appellants. Also represented by Eric William Beuther; Timothy J.H. Craddock, Klemchuk LLP, Dallas, TX.

LOURIE, DYK, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.